■ HENRY J. PAWLAK, Individually and as Executor of DOREEN M. PAWLAK, Deceased, Respondent, v GENERAL MOTORS CORPORATION, Appellant, et al., Defendants.—Order unanimously reversed, on the law, without costs, and motion denied. Memorandum: Defendant appeals from an order granting plaintiff's motion pursuant to CPLR 3120 for discov-

ery and inspection of various documents and records. We reverse. The demands here lack "any semblance of reasonable specificity" (*City of New York v Friedberg & Assoc.*, 62 AD2d 407, 410; *see, Moussa v State of New York*, 91 AD2d 863; *Ganin v Janow*, 86 AD2d 857, 858; *Rios v Donovan*, 21 AD2d 409, 413). "Lacking knowledge of the existence of specific documents * * * proper procedure requires * * * use of the deposition and related procedures * * * to ascertain the existence of such documents in order that they may be designated with specificity in a CPLR 3120 notice" (*Haroian v Nusbaum*, 84 AD2d 532, 533). (Appeal from order of Supreme Court, Orleans County, Flaherty, J.—discovery.) Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.